MACROSS HOLDING CORPORATION, Landlord, Respondent, v. ALEXANDER J. SILLER, Tenant, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [134 Misc. 860.]

BROADWAY LOCAL EXPRESS CO., INC., Respondent, v. EASTERN STEAMSHIP LINES, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O' Malley, Sherman and Townley, JJ.

J. LESTER MILLER and Another, Respondents, v. HAROLD H. JACKSON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRVING N. COOPER, Respondent, v. HENRY A. LIBAIRE and Others, Appellants. — Order so far as appealed from modified by striking out the third cause of action, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMPAGNIE FRANCAISE DES CABLES TELEGRAPHIQUES, Respondent, v. 60 BROAD STREET, INC., Appellant.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, upon the ground that the answer and opposing affidavits of defendant present a good defense to plaintiff's cause of action, which cannot be disposed of short of a trial of the action. Plaintiff was not entitled to summary judgment, pursuant to the provisions of rule 113 of the Rules of Civil Practice. Plaintiff's damages were unliquidated, and plaintiff's action is not based upon an agreement to pay plaintiff a sum of money. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNIE CATHERINE FISHER, as Administratrix, etc., of CHARLES N. SMITH, Deceased, Appellant, v. BENJAMIN J. WEIL and LOUIS V. WEIL, Executors, etc., of JONAS WEIL, Deceased, and BERNHARD MAYER, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER MAURIELLO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PHILSIM REALTY CORPORATION, Appellant, v. FULTON TRUST COMPANY OF NEW YORK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

W. J. BAXTER CO., INC., Appellant, v. EDNA ARMANN, as Administratrix, etc., of CHARLES ARMANN, in the Place and Stead of CHARLES ARMANN, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ELIZABETH ASHMAN, Respondent, v. RODGERS & HAGERTY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CONRON BROS. COMPANY, Respondent, v. 500 WEST 14TH STREET REALTY CO., INC., and Others, Defendants, Impleaded with FRANK HARDART, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Townley, J., dissent and vote to reverse and grant motion.